# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRELL GUYTON, | Case No. LACV 18-9033-AG (LAL) |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| MARTIN BIDER, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying Petitioner's request for stay, denying the Petition, and dismissing this action with prejudice; and

///

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: May 24, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE