JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRELL GUYTON, | Case No. LACV 18-9033-AG (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARTIN BIDER, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner's request for stay is denied, the Petition is denied, and this action is dismissed with prejudice.

DATED: May 24, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE